In the Matter of the Application of Austin Crowner and Others Similarly Situated, for Refund of Taxes, Pursuant to Section 16 of the County Law. Cassius Clark et al., Appellants; County of Jefferson, Respondent.— Order so far as appealed from affirmed, without costs of this appeal to any party. All concur. (The portion of the order appealed from denies an application of certain of claimants for a refund of the amount of tax set opposite the name

of each such claimant, in a proceeding to compel the refund of taxes paid on properties which were taken by the United States Government for a military camp.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.